

ACCEPTED
15-25-00140-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 4:53:01 PM
CHRISTOPHER A. PRINE
Clerk

October 23, 2025

**Via Electronic Filing**
Mr. Christopher A. Prine
Clerk of the Court
FIFTEENTH COURT OF APPEALS
300 W. 15th Street, Suite 607
Austin, Texas 78701

> Re: Case No. 15-25-00140-CV; In re Powered By People and
> Robert Francis O'Rourke, Relators
>
> Trial Court Cause No. 348-367652-2025

Dear Mr. Prine:

Relators, Powered By People and Robert Francis O'Rourke, would like to file a response to the Advisory to the Court filed today by real party-in-interest, State of Texas. Relators' counsel anticipates filing their response by Monday, November 3, 2025. Relators respectfully ask that the Court not rule on the mandamus petition before that time.

Should you have any questions, please contact me at (210) 343-5604. I appreciate your assistance in this matter.

Respectfully,

/s/ Mimi Marziani

Mimi Marziani

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing pleading was served on the following as set forth below, on October 23, 2025.

**Via e-service:** Rob.Farquharson@oag.texas.gov
Rob Farquharson
Deputy Chief
Consumer Protection Division
Office of the Attorney General

**Via e-service:** Abby.Smith@oag.texas.gov
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General

**Via e-service:** Johnathan.Stone@oag.texas.gov
Johnathan Stone
Chief
Consumer Protection Division
Office of the Attorney General

**Via e-service:** smccaffity@textrial.com
Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler L.L.P.

*/s/ Mimi Marziani*
Mimi Marziani

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 107233167
Filing Code Description: Letter
Filing Description: Letter to Clerk re Response
Status as of 10/23/2025 5:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 10/23/2025 4:53:01 PM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 10/23/2025 4:53:01 PM | SENT |
| Brian Falligant` | | bfalligant@inquestresources.com | 10/23/2025 4:53:01 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 10/23/2025 4:53:01 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Sean McCaffity | 24013122 | sjmdocsnotifications@textrial.com | 10/23/2025 4:53:01 PM | ERROR |
| William Peterson | | william.peterson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 10/23/2025 4:53:01 PM | SENT |
| Nancy Bentley | | ndbentley@tarrantcountytx.gov | 10/23/2025 4:53:01 PM | SENT |
| Lisa Adams | | LAAdams@tarrantcountytx.gov | 10/23/2025 4:53:01 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Cole | 24124187 | William.Cole@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| Justin Sassaman | | justin.sassaman@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 107233167
Filing Code Description: Letter
Filing Description: Letter to Clerk re Response
Status as of 10/23/2025 5:07 PM CST

Associated Case Party: State of Texas

| William Peterson | | William.Peterson@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |
|---|---|---|---|---|
| Abby Smith | | abby.smith@oag.texas.gov | 10/23/2025 4:53:01 PM | SENT |